Before HULL, PRYOR and FAY, Circuit Judges.

PER CURIAM:

H. Kyle Fletcher, appointed counsel for Richard Murdoch in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Murdoch's convictions and sentences are **AFFIRMED.**

Joshua T. Frick, Henry W. Jewett, II, Rissman, Barrett, Hurt, Donahue & McLain, PA, Orlando, FL, for Defendant–Appellee.

Before HULL, PRYOR, and FAY, Circuit Judges.

PER CURIAM:

The summary judgment in favor of the appellee is affirmed for the reasons set forth in the Memoranda and Orders of the District Court dated February 22, 2011 and March 7, 2011.

**AFFIRMED.**

---

Donald P. WATSON, Christine H. Watson, Plaintiffs–Appellants.

v.

Lake COUNTY, a political subdivision of the State of Florida, Defendant–Appellee.

No. 11–11531
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Oct. 7, 2011.

Alex Finch, Attorney at Law, Dennis F. Wells, Webb, Wells & Williams, PA, Longwood, FL, for Plaintiffs–Appellants.

---

POMTOC SIGNAL MUTUAL INDEMITY ASSOCIATION, LTD. c/o Lamorte Burnes & Company, Petitioners,

v.

DIRECTOR, OWCP, U.S. Department of Labor, Reylans Tapanes, Respondents.

No. 10–15867
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Oct. 11, 2011.

